IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 17–cv–01274–KMT

CLAUDIA A. MERCADO,
GLORIA Y. MERCADO,
JAMES MERCADO,
JOE ANTHONY MERCADO, surviving heirs of JOSE MERCADO-NOVA deceased, and
THE ESTATE OF JOSE MERCADO-NOVA, Claudia A. Mercado Personal Representative,

    Plaintiffs,

v.

WELD COUNTY BOARD OF COUNTY COMMISSIONERS,
WELD COUNTY SHERIFF, and
TIMOTHY J. BOXLEY, individually,

    Defendants.

## ORDER

    This matter is before the court on Plaintiffs' "Unopposed Motion to Dismiss." (Doc. No. 34.) Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs' Motion to Dismiss is **GRANTED** and this matter is dismissed in its entirety **without prejudice**, except for Plaintiffs' Fifth Claim for Relief, "42 U.S.C. § 1983 – Violation of Jose Mercado-Nova's Constitutional Civil Rights Resulting in Death," which is dismissed **with prejudice**.

    It is further ordered that each party shall bear their own costs and attorney fees as to Plaintiff's Fifth Claim for Relief.

    Dated this 1st day of September, 2017.

BY THE COURT:

_/s/ Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge